IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>FRESH FUND I, LLC and JIM 'N NICK'S MEMPHIS I, LLC,<br><br>      Defendants. | CIVIL ACTION NO.<br>2:18cv2605 JPM/tmp |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned attorneys, that the above-captioned action be dismissed, with prejudice, each party to bear his or its own costs.

Dated this 12th day of March, 2019.

| | |
|---|---|
| /s/ Pshon Barrett<br>Pshon Barrett<br>**ADA Group LLC**<br>4001 Carmichael Road, Suite 570<br>Montgomery, Alabama 36106<br>334.819.4030 p<br>334.521.3859 f<br>Pshon.Barrett@ADA-Firm.com<br><br>*ATTORNEYS FOR PLAINTIFF* | /s/ Russell W. Jackson<br>Russell W. Jackson (TN BPR No. 27322)<br>**FORDHARRISON LLP**<br>1715 Aaron Brenner Drive, Suite 200<br>Memphis, TN  38120<br>Telephone: (901) 291-1500<br>Facsimile:   (901) 291-1501<br>rjackson@fordharrison.com<br><br>*ATTORNEYS FOR DEFENDANTS* |

WSACTIVELLP:10427843.1