# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN SMITH, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case 2:18-cv-02605-JPM-tmp |
| ) | |
| FRESH FUND I, LLC and JIM 'N NICK'S ) | |
| MEMPHIS I, LLC, ) | |
| ) | |
|     Defendants. ) | |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal, filed by the parties on March 12, 2019. (ECF No. 35.) The parties appear to have reached a resolution in this matter. Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 13th day of March, 2019.

                                                /s/ Jon P. McCalla
                                              JON P. McCALLA
                                              UNITED STATES DISTRICT JUDGE