# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JOHN SMITH,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case 2:18-cv-02605-JPM-tmp |
| **FRESH FUND I, LLC and JIM 'N NICK'S MEMPHIS I, LLC,** | ) ) ) ) |
| Defendants. | ) |

## JDUGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal, filed March 12, 2019 (ECF No. 35), and the Court having entered an Order of Dismissal (ECF No. 36),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

March 13, 2019
Date